UN **Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

2-6-2020

**United States District Court**
**Southern District of Texas**
**FILED**

DEC 1 8 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA                §

vs.                                                        §        CRIMINAL NO. **B- 19 - 1141**

PEDRO GARZA                                      §
aka: Pedro "Pete" Garza
JOSE GUADALUPE CISNEROS, JR.     §
aka: Jose "Joe Show" Cisneros
                                                              §

### S E A L E D
### I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about February 1, 2017 through on or about the date of the Indictment,

in the Southern District of Texas and elsewhere and within the jurisdiction of the Court,

Defendants,

### PEDRO GARZA aka: Pedro "Pete" Garza,
### JOSE GUADALUPE CISNEROS, JR., aka: Jose "Joe Show" Cisneros,
### and

did knowingly and intentionally agree, combine, conspire, and confederate with each

other and others known and unknown to the Grand Jurors, to possess with intent to

distribute a controlled substance.  The overall scope of the conspiracy involved five (5)

kilograms or more of a mixture and substance containing a detectable amount of cocaine,

a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and

841(b)(1)(A).

## COUNT TWO

On or about January 30, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**PEDRO GARZA aka: Pedro "Pete" Garza,**
**and**

did knowingly and intentionally possess with intent to distribute a quantity of five (5) kilograms or more, that is approximately 33.4 kilograms (72.75 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1),  841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 31, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**PEDRO GARZA aka: Pedro "Pete" Garza,**
**and**

did knowingly and intentionally possess with intent to distribute a quantity of five (5) kilograms or more, that is approximately 33.5 kilograms (73.85 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
[Title 21, United States Code, Section 853]

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to Defendants,

**PEDRO GARZA aka: Pedro "Pete" Garza,**
**JOSE GUADALUPE CISNEROS, JR., aka: Jose "Joe Show" Cisneros,**
**and**

that in the event of a conviction for a violation of Title 21, United States Code, Sections 846 or 841, the following are subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Paul Marian*
_____
Paul Marian
Assistant United States Attorney