AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States District Court
Southern District of Texas
**FILED**

FEB - 6 2020

David J. Bradley, Clerk of Court

_United States_
Plaintiff

v.

_Pedro Garza_
Defendant

Case No. B19CR1141

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Pedro Garza_

Date: 2/6/20

_[signature]_
Attorney's signature

Eddie Lucio   00791145
Printed name and bar number

834 E. Tyler Brownsville TX 78520
Address

elucio@luciolaw.com
E-mail address

546-9400
Telephone number

956 730-8807
FAX number